Viglietta v Asbestos Corp. Ltd. (2024 NY Slip Op 02623)

Viglietta v Asbestos Corp. Ltd.

2024 NY Slip Op 02623

Decided on May 10, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 10, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, GREENWOOD, NOWAK, AND KEANE, JJ.

202 CA 22-00647

[*1]TERRI VIGLIETTA, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF BENEDICT VIGLIETTA, DECEASED, PLAINTIFF,
v
ASBESTOS CORPORATION LIMITED, ET AL., DEFENDANTS, AND HEDMAN RESOURCES LIMITED, DEFENDANT-APPELLANT. OCCIDENTAL CHEMICAL CORPORATION, NONPARTY-RESPONDENT. (APPEAL NO. 1.) 

CLYDE & CO US LLP, NEW YORK CITY (PETER J. DINUNZIO OF COUNSEL), FOR DEFENDANT-APPELLANT.
PHILLIPS LYTLE LLP, BUFFALO (JOSHUA GLASGOW OF COUNSEL), FOR NONPARTY- RESPONDENT. 

 Appeal from an order of the Supreme Court, Niagara County (Deborah A. Chimes, J.), entered April 21, 2022. The order, insofar as appealed from, granted the motion of nonparty Occidental Chemical Corporation to quash a subpoena issued to it by defendant Hedman Resources Limited. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Memorandum: Defendant Hedman Resources Limited (Hedman) appeals from an order insofar as it granted the motion of nonparty Occidental Chemical Corporation (OCC) to quash a subpoena served on OCC by Hedman. During the pendency of this appeal, this matter proceeded to trial, the jury returned a verdict against Hedman and another party, and Hedman appealed from the judgment.
The appeal from the order must be dismissed inasmuch as the order is subsumed in the final judgment (see Matter of Aho, 39 NY2d 241, 248 [1976]; Knapp v Finger Lakes NY, Inc., 184 AD3d 335, 337 [4th Dept 2020]; Smith v Catholic Med. Ctr. of Brooklyn & Queens, 155 AD2d 435, 435 [2d Dept 1989]; see generally CPLR 5501 [a] [1]).
Entered: May 10, 2024
Ann Dillon Flynn
Clerk of the Court